IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:24-CR-0022 JRG-RSP |
| | § | |
| ANTHONY BLAKE HANKS | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation (Dkt. No. 14) of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to an information charging the defendant in one count of Conspiracy, 18 U.S.C. § 371, and one count of Possessing a Dog for use in an animal Fighting Venture, 7 U.S.C. § 2156(b). Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed November 21, 2024, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of both counts of the information in the above-numbered cause.

**So Ordered this**

**Dec 17, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE